Telephone: (317) 706-6762     **STEVEN J. HALBERT**     FAX (317) 706-6763

Email SHalbertLaw@gmail.com     **ATTORNEY AT LAW**     www.halbertbankruptcylaw.com

AmeriCenters Building
11805 North Pennsylvania St.
Carmel, IN  46032

November 8, 2016

Portfolio Recovery Associates, LLC
140 Corporate Blvd.
Norfolk, VA  23502

RE:     My client:          Lanessa Hubbard
        Original Creditor    Comenity Bank

        This letter shall inform you that I represent Lanessa Hubbard in connection with your debt collection efforts for the above mentioned original creditor.  My client disputes the debt.

All communication regarding this debt must take place through my office.

Steven  J. Halbert



Telephone: (317) 706-6762

Email SHalbertLaw@gmail.com

# STEVEN J. HALBERT

FAX (317) 706-6763

www.halbertbankruptcylaw.com

## ATTORNEY AT LAW

AmeriCenters Building
11805 North Pennsylvania St.
Carmel, IN  46032

November 8, 2016

Portfolio Recovery Associates, LLC
140 Corporate Blvd.
Norfolk, VA  23502

RE:   My client:              Lanessa Hubbard
      Original Creditor       World Financial Network Bank

      This letter shall inform you that I represent Lanessa Hubbard in connection with your debt collection efforts for the above mentioned original creditor.  My client disputes the debt.

All communication regarding this debt must take place through my office.

Steven  J. Halbert